UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 09CR1698-L |
|---|---|
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| v. | |
| MINERVA MEJIA-HERNANDEZ | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA pursuant to Fed. R. Crim. P. 48(a) and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

Dated: August 17, 2023

Hon. M. James Lorenz
United States District Judge